**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

February 15, 2022

<u>By Email</u>

Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007



Re:  <u>Victoriano Tavarez v. Sunrun Inc., 21 Civ. 09781 (KPF)</u>

Your Honor:

This case is presently scheduled for a telephonic Initial Conference on Wednesday February 23, 2022.  The parties are engaged in settlement negotiations and hope to resolve the case in the next 30 days.  We request that the Initial Conference be adjourned by at least 30 days in order to allow the parties to attempt to resolve the case without further action of the Court. I have consulted with Plaintiff's counsel, William J. Downes, Esq., and Plaintiff consents to this request. This is the first request for such an adjournment.

Thank you for your consideration.

Respectfully submitted,

/s/ Katherine B. Harrison
Katherine B. Harrison

cc: William J. Downes, Esq.

```
Application GRANTED.  The initial pretrial conference in this matter
is hereby ADJOURNED to March 23, 2022, at 10:00 a.m.

The Clerk of Court is directed to terminate the motion at docket entry
14.                                                     SO ORDERED.


Dated:  February 15, 2022
        New York, New York
                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE
```